IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VITRO AMERICA, LLC, | § | Case No. 11-32600-11 |
| *a.k.a.* VITRO AMERICA, INC., | § | Jointly Administered |
| *a.k.a.* VVP AMERICA, INC., | § | |
| | § | |
| *Debtor*. | § | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Flores Technical Services, Inc. a party in interest with respect to the above captioned case, hereby gives notice of its appearance in said case by and through its following named counsel:

    BRIAN P. SANFORD
    Texas Bar No. 17630700

*Of the Firm*: SANFORDBETHUNE
    3610 SHIRE BLVD., STE. 206
    RICHARDSON, TX 75082
    PH: (972) 422-9777
    FAX: (972) 422-9733

Further, the above named party in interest hereby requests through its said counsel that the Clerk of the above named Court, counsel for Debtors, Debtors, and any other party mailing notices in this case, mail to said counsel copies of all notices to parties in interest hereinafter given in this case in accordance with Bankruptcy Rule 2002, or otherwise, and specifically, but without limitation, request is hereby made that all notices required by Subdivision (A)(2), (3) and (7) and of said Bankruptcy Rule 2002 be mailed to said counsel.

By:    /s/   Brian P. Sanford
       BRIAN P. SANFORD
       Texas Bar No. 17630700

SANFORDBETHUNE
3610 SHIRE BLVD., STE. 206
RICHARDSON, TX 75082
PH: (972) 422-9777
FAX: (972) 422-9733

**ATTORNEY FOR
FLORES TECHNICAL SERVICES, INC.**

## CERTIFICATE OF SERVICE

      On May 27, 2011, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal rule of Civil Procedure 5 (b)(2), and that I have served the debtor, the United States Trustee, the case trustee (if one has been appointed), all members of any official committee, and their respective attorneys; all secured creditors; all governmental units, the twenty (20) largest unsecured creditors (only in the event that no official committee of unsecured creditors has been formed); and all parties who have filed a notice of appearance or request for notice in the case who have not registered for electronic service via First Class U.S. Mail.

                                                                 /s/ Ashley E. Tremain